# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOHNNIE CEFUS JONES,

    Plaintiff,

v.                                                       Case No.  3:18-cv-2092-RV/MJF

PATRICK SHANE MOONEY,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 1, 2020 (ECF No. 42). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with a court order and failure to prosecute.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 7th day of January, 2021.

        s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**